**MORTGAGE SERVICES, INC., a West Virginia Corporation, Appellant,**

v.

**Ralph I. YARNELL, Appellee.**

No. 74–1884.

United States Court of Appeals, Fourth Circuit.

Argued March 6, 1975.

Decided March 26, 1975.

William L. Jacobs, Parkersburg, W. Va. (Louie S. Davitian, Parkersburg, W. Va., on brief), for appellant.

Randall Metcalf (Arthur N. Gustke, Parkersburg, W. Va., on brief), for appellee.

Before BRYAN and BUTZNER, Circuit Judges, and· CLARKE, District Judge.

PER CURIAM:

The Appellant sought recovery from Appellee for alleged breach of contract for services. Appellee asserted several defenses including failure of Appellant to perform and fraudulent misrepresentation by Appellant.

The jury verdict on conflicting evidence was in favor of Appellee and the judgment entered on the verdict is the basis of this appeal.

Upon consideration of the briefs, record and oral argument, we find no error and accordingly, the judgment of the lower court is affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**J. WEINGARTEN, INC., Respondent.**

No. 73–1891.

United States Court of Appeals, Fifth Circuit.

April 21, 1975.

Elliott Moore, Acting Asst. Gen. Counsel, N. L. R. B., Washington, D. C., Louis V. Baldovin, Jr., Director, Region 23, N. L. R. B., Houston, Tex., for petitioner.

Neil Martin, Houston, Tex., for respondent.

Before BROWN, Chief Judge, and DYER and SIMPSON, Circuit Judges.

BY THE COURT:

The Supreme Court of the United States having reversed the judgment of this Court denying the petition for enforcement of the National Labor Relations Board, National Labor Relations Board v. J. Weingarten, Inc., 1975, 420 U.S. 251, 95 S.Ct. 959, 43 L.Ed.2d 171, and having remanded the cause with directions to enter a judgment enforcing the Board's order, it is

Ordered and adjudged that the judgment of this Court denying enforcement of the Board's order is hereby vacated and set aside, and the petition of the National Labor Relations Board for enforcement of its order is hereby granted. Costs are to be taxed against J. Weingarten, Inc.